1
2
Attorneys for Plaintiff, Lawrence Leary
3
4
5
6
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 2941 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Lawrence Leary<br><br>                         Plaintiffs,<br><br>          vs.<br><br>Pfizer, Inc., et al.<br>                         Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, LAWRENCE LEARY, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009

By: _____
Peter L. Kaufman
Attorneys for Plaintiff, Lawrence Leary

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2   DATED: August 6, 2009        GORDON & REES
3
4                                By: _____/s/_____
                                     Stuart M. Gordon
5                                    Attorneys for Defendants
6
7
8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
9
10  Dated: AUG 1 7 2009
                                     _____
11                                   Hon. Charles R. Breyer
                                     United States District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-